FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2022 DEC 14 PM 4:19

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.     CASE NO. 2:22-cr-123-SPC-KCD

8 U.S.C. § 1326(a)

JULIO RIVERA-URBINA

## INDICTMENT

The Grand Jury charges:

On or about December 4, 2022, in the Middle District of Florida, the defendant,

JULIO RIVERA-URBINA,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about March 25, 2022, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Patrick L. Darcey
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
December 22

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JULIO RIVERA-URBINA

## INDICTMENT

Violation: 8 U.S.C. § 1326(a)

A true bill,

███████████ Foreperson

Filed in open court this 14th day

of December, 2022.

_____
Clerk

Bail $ _____

GPO 863 525